# United States District Court
# For The Western District of North Carolina
# Charlotte Division

STEVEN JERMONTE CURETON,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                         3:11-cv-486-FDW

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 11, 2012 Order.

                                                            Signed: October 11, 2012

                                                            Frank G. Johns, Clerk
                                                            United States District Court